United States District Court for the Middle District of N.C.

*FILED FEB 07 2022*

Case Action No: 1:22CV107

CHRISTOPHER RON HILL
  Plaintiff

U.S.C. 42 1983
Complaint for Violation of civil rights.

-v-

Winston Salem Federal probation office
Federal Probation officer Robert Wyrick.
Federal Probation officer Kevin Alligood,
in there official and individual capacities
as Federal Probation officers.

· Jurisdiction ·

Under 42 U.S.C. 1983 you may sue state or local officials for the "deprivation of any rights, privileges, or immunities Secured by the Constitution and [Federal Laws] under Bivens v. Six Unknown named Agents of Federal Bureau of Narcotis, 403 U.S. 388 (1971), you may sue federal officials for violation of certain constitutional rights.

P1

On or about Dec 9, 2021 the Plaintiff was called into the Winston Salem Federal Probation office located at 251 N. Main St #840 Winston Salem N.C. 27101 By Federal Probation Officer Kevin Alligood upon the Plaintiff arrival, the plaintiff was advise by Probation officer Kevin Alligood the he was being placed on home confinement for a period of nine months, the plaintiff at that moment denied Home Confinement due the fact there was No order that existed requiring him to be placed on Home confinement Federal Probation officer Kevin Alligood threated the Plaintiff that if he did not conform he would be arrested right the for violation, due to the Plaintiff being a single father whom had his daughter with him at that moment conformed because he feared the thought of losing his daughter due to the threat of imprisonment by federal probation officer Kevin Alligood, Probation officer Kevin Alligood then proceeded to place the

P2

"GPS" ankle monitor on the Plaintiff ankle an advised the Plaintiff that he had 30 mins to reture home, Probation officer Kevin Alligood appeared at the Plaintiff home mins later with a woman probation officer name unknown to the plaintiff Both probation officer entered the plaintiff home and proceeded to connect more equipment in the plaintiff bedroom after the equipment was in placed and connected to the plaintiff ankle "GPS" Probation officer kevin Alligood advised the Plaintiff of what he could and could not do, he also advised the Plaintiff that Robert Wyrick (Probation officer) would be the Second officer encharge Over the plaintiff During his home confinement.

On or about January 26, 2022 47 days later Judge Olsteen (Federal Judge) issued an order for home Confinement for the Plaintiff only after the Plaintiff went to the Clerk of court in Federal Court house located at 324 W. Market st Greensboro N.C. 27401 an complained about the deprivation of his liberty to move around do to unlawful "GPS" ankle monitor and home confinement that was placed on by winston Salem Federal Probation office and

its officers known and unknow by the Plaintiff.

During the 47 days of unlawful "GPS" tracking and home confinement the Plaintiff has suffered from the following
- The Plaintiff fears everyday that the probation office and its officers will again make him do something thats against the law which causes the plaintiff to get limited sleep at night until this day
- The Plaintiff has became paranoid and believes he's being followed since the illegal GPS was placed on him, this also cause the plaintiff to be worried about the people around him to where he stay alone and in his home majoritie of the day
- The Plaintiff mental Health has been effected due to the threat of imprisonment, now everyday there's a fear of imprisonment which keeps the plaintiff from being outside his home long.
- The Plaintiff Now Fears all law enforcement officer, exspecially the Federal Probation officer whom is currently supervising the Plaintiff.

Due to the violation of the Plaintiff 1st, 5th, and 14th Amendment.

Restraining an individual liberty without proper due process of law, and the mental effect on the plaintiff which will never leave, the Plaintiff request that his probation and home confinement be abolished and the plaintiff recieve $150,000 for everyday he was illegally tracked through gps, and illegally imprisoned in his home by Winston Salem probation and its officers. Known and unknow to the Plaintiff.

The Plaintiff attached the follow documents to prove his claim.

The Plaintiff Prays that this court will order the above mentioned

This day of Febuary 5th, 2022

*Christopher Ron Hill*
Christopher Ron Hill
235 Hallmark Dr
rural Hall N.C.
27045.

P5