```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


CHRISTOPHER RON HILL,             )
                                  )
                 Plaintiff,       )
                                  )
        v.                        )
                                  )
WINSTON SALEM FEDERAL             )        1:22-cv-107
PROBATION OFFICE, FEDERAL         )
PROBATION OFFICER ROBERT          )
WYRICK and FEDERAL                )
PROBATION OFFICER KEVIN           )
ALLIGOOD, in their official       )
and individual capacities         )
as Federal Probation Officers,    )
                                  )
                 Defendants.      )
```

## ORDER

On April 22, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation"), (Doc. 4), was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.)

The record reflects that the Recommendation was served by mail to Plaintiff's last known address at 735 Hallmark Drive, Rural Hall, North Carolina, but was returned undeliverable with the notice of, "Return to Sender, Vacant, and Unable to Forward." (See Doc. 6.) However, on May 31, 2023, the Clerk's Office updated the record to modify Plaintiff's forwarding address and the Recommendation and notice (Docs. 4, 5), were

served on Plaintiff at his forwarding address, Atlanta U.S. Penitentiary, Inmate Mail/Parcels, P.O. Box 150160, Atlanta, Georgia, 30315.[1] No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is hereby **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Complaint, (Doc. 2), is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim upon which relief may be granted.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 7th day of August, 2023.

_____
United States District Judge

---

[1] Fed. Bureau of Prisons, <u>Find an Inmate</u>, http://www.bop.gov/inmateloc/ (last visited August 4, 2023) (enter "26188-057" in BOP Register Number field).

- 2 -